# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>TARENCE D. McLANE<br><br>*IN CUSTODY* | NOTICE<br><br><br><br>CASE NO. CR-20-14-F |

TYPE OF CASE:
☐ CIVIL   ☒ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | **Courtroom No. 102** |
| | DATE AND TIME: |
| | **Monday, February 3, 2020, at 3:00 p.m.** |

TYPE OF PROCEEDING:

**ARRAIGNMENT**

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | | |

 

      **SUZANNE MITCHELL**
      U.S. MAGISTRATE JUDGE

| | |
|---|---|
| **January 30, 2020** | **s/Lesa Boles** |
| Date | (By) Deputy Clerk |