# CRIMINAL COURTROOM MINUTE SHEET
# GRAND JURY ARRAIGNMENT

**DATE:** Feb 3, 2020     **CASE:** CR-20-14-F

**TIME IN COURT:** 15 mins     **COURTROOM:** 102

**MAGISTRATE JUDGE SUZANNE MITCHELL**     **COURTROOM DEPUTY LESA BOLES**

**UNITED STATES OF AMERICA vs. TARENCE D. McLANE**

Defendant States true and correct name as: same     **AGE:** 34

**Government Cnsl:** TOM SNYDER     **Defendant Cnsl:** DAVID AUTRY

**U.S. Probation Officer:**     Court appointed

- [x] Defendant Appears, custody of U.S. Marshal with Counsel    **Interpreter:**
- [ ] Defendant advised of his / her right of consular notification,
- [ ] Court inquires of Government regarding notification of victim(s) under Justice for All Act.
- [x] Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.
- [x] Dft advised of his / her right to an attorney.
- [x] Dft fully advised of the substance of the count(s).
- [x] Dft provided copy of Indictment
- [x] Dft waives reading of the Indictment by the Court.
- [x] Dft enters plea of Not Guilty

- [x] Case set on jury docket beginning the week of March 10, 2020, before U.S. District Judge Stephen P. Friot

- [ ] Government recommends defendant be released on
- [ ] Government recommends defendant be detained based on
- [ ] Government
    - [ ] Upon motion of the Government and request for continuance by
    - [ ] Detention Hearing is set for
- [ ] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- [ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

- [ ] The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.
- [ ] Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.
- [x] Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Defendant released on previously posted bond with conditions per Release Order.
- [ ] Unsecured Bond set at     with conditions per Release Order.
- [ ] Secured Bond set at     with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
- [ ] Defendant remanded to the custody of U.S. Marshal pending execution of bond.
- [ ] Defendant remanded to the custody of U.S. Marshal.