UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs

TARENCE D. McLANE

**NOTICE**

Case Number:   CR-20-0014-1-F

**Defendant is detained at Grady County**.

| Type of Case | X   **CRIMINAL** |
|---|---|

*TAKE NOTICE*
That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:  U.S. Courthouse
        Courtroom #401
        200 N.W. 4th Street
        Oklahoma City, OK   73102

**DATE AND TIME**

**August 14, 2020, at 2:30 p.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

TYPE OF PROCEEDING:                                     **WAIVE & FILE**

*TAKE NOTICE* - **Defendant and defendant's counsel should be prepared to participate in the initial presentence interview with the U.S. Probation Office immediately after the plea hearing.**   The interview ordinarily takes 1½ to 2 hours.

TAKE NOTICE: that the proceeding in this case was previously scheduled as indicated below:

Place:  U.S. Courthouse
        200 N.W. 4th Street
        Oklahoma City, OK   73102

**Date and Time Previously Scheduled**

JUDGE STEPHEN P. FRIOT

August 5, 2020
Date

s/ Lori Gray
BY DEPUTY CLERK

AUSA (Snyder)
David B. Autry
USM
USPO