UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA | **NOTICE OF** <br> **RESCHEDULED HEARING** |
| vs | |
| TARENCE D. McLANE | Case Number:   CR-20-0014-1-F |

**Defendant is detained at Grady County**.

| Type of Case | __X__ **CRIMINAL** |
|---|---|

*TAKE NOTICE*
That a proceeding in this case has been **RESCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| Place:  U.S. Courthouse <br>     Courtroom #401 <br>     200 N.W. 4th Street <br>     Oklahoma City, OK   73102 | Date and time previously scheduled: <br> August 14, 2020, at 2:30 p.m. <br><br> **RESCHEDULED TO:** <br> **August 21, 2020, at 1:30 p.m.** |

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

| TYPE OF PROCEEDING: | **WAIVE & FILE** |
|---|---|

*TAKE NOTICE* - **Defendant and defendant's counsel should be prepared to participate in the initial presentence interview with the U.S. Probation Office immediately after the plea hearing.   The interview ordinarily takes 1-½ to 2 hours.**

JUDGE STEPHEN P. FRIOT

August 12, 2020
Date

s/ Lori Gray
BY DEPUTY CLERK

AUSA (Snyder)
David B. Autry
USM
USPO (Hicks)