W/F; A; C/P COURTROOM MIN. SHEET                                      DATE     8-21-2020

CR. CASE NO. <u>CR-20-014-1-F</u>     U.S.A. -vs-   <u>TARENCE D. McLANE</u>

COMMENCED <u>1:30</u>    ENDED <u>1:55</u>    TOTAL TIME <u>25 min.</u>

JUDGE <u>STEPHEN P. FRIOT</u>     C.R. DEPUTY <u>LORI GRAY</u>     REPORTER <u>CHRISTY CLARK</u>

COUNSEL FOR PLF.   <u>Tom Snyder</u>

COUNSEL FOR DFT.   <u>David Autry</u>

PROCEEDINGS:   <u>Waive/File & Arrn.</u>          Arraignment          Change of Plea

MINUTE:   Enter as above.              Defendant's Age <u>35</u>

<u>Dft appears in person with</u>-without-<u>ct apptd</u>-private-<u>counsel</u>-Public Defender

<u>Is fully apprized.</u>          Waives Counsel.          <u>Waives Indictment.</u>

Consents that case be transferred to this District Under Rule 20.

Asks and granted leave to withdraw pleas of not guilty to COUNTS _____

ENTERS PLEA OF <u>Guilty</u> to COUNT <u>1 of Superseding Information</u>

COUNTS <u>1 and 2 of Indictment</u> to be dismissed at time of sentencing.

<u>Plea(s) accepted and referred to Probation Officer.</u>

Dft given _____ days to file motions; Plf to respond _____ days thereafter.

CASE TO BE ON _____ JURY DOCKET.          <u>WAIVES JURY.</u>

Bond set at _____ (O.R.-cash or surety)          STANDS ON PRESENT BOND

<u>Remanded to U.S. Marshal.</u>          Remanded to U.S. Magistrate for processing bond.

MAXIMUM PENALTY <u>20 years' imprisonment or $1,000,000.00 fine, or both; $100 special assessment</u>

MINIMUM MANDATORY PENALTY <u>N/A</u>

If sentenced-subject to SUPERVISED RELEASE, TERM OF <u>NLT 3 years and up to Life</u>.

<u>Sentencing will be set upon receipt of final PSR.</u>