IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.  CR-20-014-F |
| ) | |
| TARENCE D. McLANE, ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: July 31, 2020

_____
Defendant's signature

_____
Signature of defendant's attorney

David Autry
_____
Printed name of defendant's attorney

_____
Judge's signature
STEPHEN P. FRIOT
United States District Judge