IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No. CR-20-014-F |
| TARENCE D. McLANE, | ) ) ) | |
| Defendant. | ) | |

## WAIVER OF JURY TRIAL

I, the undersigned defendant, having been fully advised of the charges against me and of my rights in connection with the charges, do hereby waive those rights, including my right to a trial by jury, and agree to enter a plea of guilty to the court as provided by Rule 11 of the Fed. R. Crim. P.

Date: July 31, 2020

_____
DEFENDANT

_____
COUNSEL FOR DEFENDANT

_____
COUNSEL FOR GOVERNMENT

Before _____
UNITED STATES DISTRICT JUDGE