# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR 20-14-F-1 |
| ) | |
| TARENCE D. McLANE, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE INITIAL PRESENTENCE REPORT

Defendant, Tarence D. McLane, moves for an extension of time of 14 days from November 24, 2020, within which to file his objections to the initial presentence report. As grounds for this motion, Defendant shows the following:

1. The initial presentence report was disclosed to the parties on November 10, 2020. Objections are due to be filed on November 24, 2020.

2. In the past two weeks, counsel has been unable to draft and finalize the objections to the presentence report because of work in other cases. Counsel was in a jury trial before the Court from November 9, 2020 to the morning of November 17, 2020. *United States v. Isaiah Whitefox Redbird,* W.D. Okl. No. CR 19-347-F.

3. Since Mr. Redbird's trial ended, counsel has had to devote much of his time to another federal murder case, in which a motion hearing was held on November 20, 2020 and additional motions are to be filed on November 27, 2020. *United States v. Patrick*

1

*Dwayne Murphy,* E.D. Okl. No. CR 20-78-RAW.

4. Counsel has communicated with AUSA Thomas B. Snyder regarding this motion. The government does not object.

WHEREFORE, Defendant asks that this motion be granted, and that he be given until December 7, 2020 to file his objections to the presentence report.

    Respectfully submitted,

    /s/ David Autry
    David Autry, OBA #11600
    1021 N.W. 16th Street
    Oklahoma City, OK 73106
    (405) 521-9600
    (405) 521-9669 [fax]
    dbautry77@gmail.com

    Lawyer for Defendant,
    Tarence D. McLane

## Certificate of Electronic Filing and Service

This is to certify that on this 24th day of November 2020, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Thomas B. Snyder, AUSA and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

    /s/ David Autry