IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR 20-14-F-1 |
| | ) | |
| TARENCE D. McLANE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant McLane has filed a motion for an extension of time of 14 days from November 24, 2020 to file his objections to the initial presentence report. No previous motion for extension of time has been filed. No sentencing date is set currently. The government does not object. Premises considered, it is hereby ordered that the motion is **granted**. Defendant's objections are to be submitted on or before December 7, 2020.

IT IS SO ORDERED this 24th day of November, 2020.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0014p013.PO (McLane).docx