IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR 20-14-F-1 |
| ) | |
| TARENCE D. McLANE, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS
TO INITIAL PRESENTENCE REPORT (THIRD MOTION)**

Counsel for Defendant, Tarence D. McLane, moves for an extension of time of 10 days from December 14, 2020 within which to make his objections to the initial presentence report. As grounds for this motion, counsel states that he sought, and received, a previous extension of time of 14 days to file objections, and a previous extension of 7 days. Counsel has been unable to complete the objections at this time because he has been working on a Tenth Circuit brief due on December 21, 2020, which is taking longer to complete than counsel anticipated. *United States v. Dwayne Edward Rasmussen,* No. 20-6101 and was also preparing for a motion hearing in a federal murder case set for December 16, 2020, until counsel received notice on December 14 that the hearing date was being stricken. *United States v. Patrick Dwayne Murphy,* E.D. OK No. CR 20-78-RAW.

Counsel for Mr. McLane has not yet had an opportunity to determine whether the government would object (or not object) to this motion..

1

Based on the foregoing, counsel for Mr. McLane requests an additional 10 days, or until December 24, 2020, to file objections to the initial presentence report.

Respectfully submitted,

/s/ David Autry
David Autry, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

Lawyer for Defendant,
Tarence D. McLane

**Certificate of Electronic Service and Filing**

This is to certify that on this 14th day of December 2020, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Thomas Snyder, AUSA, and to all other counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ David Autry