IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR 20-14-F-1 |
| ) | |
| TARENCE D. McLANE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant, Tarence D. McLane, has moved for an extension of time of 10 days from December 14, 2020, within which to submit objections to the initial presentence report.

This is the third motion for an extension of time. Counsel states that he has been unable to complete the objections because of deadlines and work in other matters. No sentencing date has been set. Premises considered, it is hereby ordered that the motion is **granted**. Defendant shall have until December 24, 2020 to submit his objections to the initial presentence report.

IT IS SO ORDERED this 15th day of December, 2020.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0014p015.PO (McLane).docx