# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs

TARENCE D. McLANE

**NOTICE**

Case Number:   CR-20-0014-1-F

**Defendant is detained at Grady County**.

| Type of Case |    X   **CRIMINAL** |
|---|---|

### *TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:  U.S. Courthouse
         Courtroom #401
         200 N.W. 4th Street
         Oklahoma City, OK   73102

**DATE AND TIME**

**February 19, 2021, at 9:30 a.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification to the court security officer.

TYPE OF PROCEEDING:                        **SENTENCING**

TAKE NOTICE: that the proceeding in this case was previously scheduled as indicated below:

Place:  U.S. Courthouse
         200 N.W. 4th Street
         Oklahoma City, OK   73102

**Date and Time Previously Scheduled**

                         JUDGE STEPHEN P. FRIOT

January 8, 2021
Date

                         s/ Lori Gray
                        BY DEPUTY CLERK

AUSA (Snyder)
David B. Autry
USM
USPO (Hicks)