# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR 20-14-F-1 |
| ) | |
| TARENCE D. McLANE, ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE SENTENCING MEMORANDUM

Defendant, Tarence D. McLane, requests an extension of time of 10 days from January 21, 2021 within which to file his sentencing memorandum. As grounds for this motion, counsel for Defendant shows the following:

1. The final presentence report in Mr. McLane's case was disclosed to the parties on January 8, 2021. Defendant's sentencing memorandum is due to be filed on January 21, 2021.

2. No previous motion for an extension of time to file the sentencing memorandum has been filed.

3. Sentencing is set for February 19, 2021.

4. Counsel for Mr. McLane has been unable to complete the sentencing memorandum at this time because of work in other cases and the need for additional time to consult with Mr. McLane. Counsel is filing a sentencing memorandum today in the case of *United States v. Gorniak,* N.D. Okl. No. CR 19-76-CVE. Last week, counsel

1

filed two opening briefs in the Tenth Circuit. *United States v. Ojimba,* No. 20-6109 (direct appeal); *United States v. Lemon,* 20-6119 (§ 2255 appeal). Counsel also had a Tenth Circuit oral argument early last week. *United States v. Yarclay,* No. 19-6174.

5. Mr. McLane's lawyer has consulted with Thomas B. Snyder, AUSA. The government does not object to this motion.

WHEREFORE, Defendant asks that this motion be granted, and that he be given until January 31, 2020 to file his sentencing memorandum.

Respectfully submitted,

/s/ David Autry
David Autry, OBA #11600
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
dbautry77@gmail.com

Lawyer for Defendant,
Tarence D. McLane

### Certificate of Electronic Filing and Service

This is to certify that on this 20th day of January 2021, I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Thomas B. Snyder, AUSA, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ David Autry