## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR 20-14-F-1 |
| | ) | |
| TARENCE D. McLANE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant, Tarence D. McLane, has moved for an extension of time of 10 days from January 21, 2021, within which to file his sentencing memorandum. The final presentence report was disclosed to the parties on January 7, 2021. No previous motion for an extension of time to submit the sentencing memorandum has been filed. Counsel states that he has been unable to complete the sentencing memorandum because of deadlines and work in other matters, including two appeals briefs that he filed last week in the Tenth Circuit. Sentencing is set for February 19, 2021. Premises considered, it is hereby ordered that the motion is **granted**. Defendant shall have until January 31, 2021 to file his sentencing memorandum.

IT IS SO ORDERED this 20th day of January, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0014p017.PO (McLane).docx