IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR 20-14-F-1 |
| | ) |
| TARENCE D. McLANE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Defendant, Tarence D. McLane, has moved for an extension of time from January 31, 2021 until February 5, 2021 within which to file his sentencing memorandum. The final presentence report was disclosed to the parties on January 7, 2021. One previous motion for an extension of time to file the sentencing memorandum was filed and granted. (Docs. 74, 75). Counsel states that he has been unable to complete the sentencing memorandum because of deadlines and work in other matters, and because of a health issue concerning a family member. Sentencing is set for February 19, 2021.

Premises considered, it is hereby ordered that the motion is **granted**. Defendant shall have until February 5, 2021 to file his sentencing memorandum.

IT IS SO ORDERED this 1st day of February, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0014p018.PO (McLane).docx