IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR 20-14-F-1 |
| ) | |
| TARENCE D. McLANE, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE
SENTENCING MEMORANDUM UNDER SEAL**

Defendant, Tarence D. McLane, moves to file his sentencing memorandum under seal because it references personal, confidential matters. Counsel for Defendant has communicated with AUSA Thomas B. Snyder regarding this motion. The government does not object.

WHEREFORE, Defendant asks that this motion be granted.

    Respectfully submitted,

    /s/ David Autry
    David Autry, OBA #11600
    1021 N.W. 16th Street
    Oklahoma City, OK 73106
    (405) 521-9600
    (405) 521-9669 [fax]
    dbautry77@gmail.com

    Lawyer for Defendant,
    Tarence D. McLane

**Certificate of Filing and Electronic Service**

This is to certify that on this 2nd day of February 2021 I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made to Thomas B. Snyder, AUSA, and to all counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ David Autry