IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR 20-14-F-1 |
| | ) | |
| TARENCE D. McLANE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's unopposed motion for leave to file his sentencing memorandum under seal.  Upon consideration, the motion is GRANTED.

Accordingly, Defendant is authorized to file his sentencing memorandum under seal in accordance with the Court's ECF Policies and Procedures Manual.

IT IS SO ORDERED this 2nd day of February, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0014p019.PO (McLane).docx