IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA   73102

Date:   February 12, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CR-20-014-1-F |
| | ) | |
| TARENCE D. McLANE, | ) | |
| | ) | |
| Defendant. | ) | |

ENTER ORDER:

The sentencing in this case, previously set for 9:30 a.m. on February 19, 2021, is **STRICKEN**, to be reset at a later date.

By direction of Judge Stephen P. Friot, we have entered the above enter order.

Carmelita Reeder Shinn, Clerk

By:_____s/ Lori Gray_____
Deputy Clerk

cc:   all parties
      USM
      USPO (Hicks)

20-0014p020 (McLane).docx